## CROOKS v. CROOKS.

### S. F. No. 2985; March 12, 1902.

#### 68 Pac. 101.

**Appeal—Bill of Exceptions.—Where the Failure** to have a bill of exceptions, which an appellant has proposed to be used on an appeal, settled, was not caused by any fault or laches of such appellant, a motion to dismiss the appeal will not be granted.

APPEAL from Superior Court, City and County of San Francisco; J. V. Coffey, Judge.

Action by Samuel R. Crooks, guardian, against Annie T. Crooks. From a judgment for defendant, plaintiff appeals. Motion to dismiss appeal. Denied.

Sullivan & Sullivan and T. J. Roche for appellant; O. I. Wise for respondent.

TEMPLE, J.—It appearing that the appellant has proposed a bill of exceptions to be used on the appeal, and that said bill is not yet settled and certified, and that the failure to have such bill of exceptions settled was not caused by any laches or other fault of the appellant, the motion to dismiss is denied.

We concur: Beatty, C. J.; McFarland, J.; Harrison, J.; Garoutte, J.; Van Dyke, J.